UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 12-3177 |
| | ) |
| ROBERT E. SWEARINGEN, JR., SUSAN M. | ) |
| SWEARINGEN, STATE BANK OF | ) |
| LINCOLN F/K/A THE JOHN WARNER | ) |
| BANK AND CITY OF CLINTON, | ) |
| | ) |
| Defendants. | ) |

## OPINION CONFIRMING SALE

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. The Court, having reviewed the relevant materials, finds as follows:

1. The common address and legal description of the real estate at issue:

    8872 Sunset Rd, Clinton, IL 61727 a/k/a 1202 West Webster, Clinton, IL 61727

    Lot 10 in Evans and Scogin West Lawn Subdivision as shown by Plat recorded August 5, 1969, in Plat Book "F", page 43 in the Recorder's Office of DeWitt County, Illinois, situated in the County of DeWitt, in the State of Illinois

    PIN No. 07-28-428-011

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over the defendants Robert E. Swearingen, Jr. and Susan M. Swearingen.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed;

B. The United States has not waived its right to subsequently administratively collect or reduce to judgment in a separate cause of action against the defendants signing the promissory note secured by the mortgage foreclosed herein the deficiency set forth in the Report of Sale, even though no such deficiency judgment is sought in this foreclosure proceeding.

C. The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS l5-l509(a).

D. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E. There is no just reason to delay enforcement of or appeal from this final order.

ENTER: July 10, 2013.

                                                  s/ Sue E. Myerscough
                                                  SUE E. MYERSCOUGH
                                        UNITED STATES DISTRICT JUDGE